

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

main: (973) 645-2700
direct:(973) 297-2019

May 15, 2026

**BY ECF**

Honorable Esther Salas
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **Re:** *Rivera Alvarado v. Aviles,* **Civil No. 26-05276 (ES)**
> **Request for One-Week Extension of Time to Answer on Consent**

Dear Judge Salas:

This Office represents Respondents in this habeas matter brought by Petitioner Carlos Mauricio Rivera Alvarado, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). We respectfully request a one-week extension of the expedited answer deadline from May 15 to May 22, 2026. Petitioner's counsel, Amit Deshmukh, Esq., consents to this request

Good cause supports this request. On May 13, 2026, at 11:25 a.m., the Court entered a Text Order, ECF No. 3, directing Respondents to release Petitioner from custody within 48 hours unless Respondents contend that Petitioner "misrepresented his criminal history," in which case Respondents "shall file an expedited answer within forty-eight (48) hours of the time of entry of this Text Order." On May 14, 2026, Petitioner filed a Motion to Enforce the Court's Judgment, contending that he was still detained despite the Court ordering release within 24 hours. ECF No. 4.

Respondents intend to file an expedited answer because ICE has advised this Office that Petitioner has a criminal history not reflected in his Petition. This Office is working with DHS and its law enforcement agency partners to obtain documentary evidence of any criminal record and to obtain certified translations of foreign documents. Therefore, we respectfully request an extension until Friday, May 22, 2026, to answer the petition.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    s/ Jessica M. Laserna
       JESSICA M. LASERNA
       Assistant United States Attorney
       *Attorneys for Respondents*

cc:    Counsel of record (via *electronic filing*)

**SO ORDERED.**

_____
**Hon. Esther Salas, U.S.D.J.**
**Date: May 18, 2026**

2