**Amit Deshmukh**
**1 Meadowlands Plaza, Suite 200**
**East Rutherford, NJ 07073**
**Telephone: (908) 639-3012**
**Email: Amit@lawprosusa.com**
*Attorney for Petitioner*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**CARLOS MAURICIO RIVERA ALVARADO**
    **A # 221-487-383**

            **Petitioner,**

        **v.**

**TODD BLANCHE,**
**Attorney General of the United States, and**

**MARKWAYNE MULLIN,**
**Secretary of the Department of**
**Homeland Security, (DHS) and,**

**TODD LYONS,**
**Acting Director of Immigration &**
**Customs Enforcement, (ICE), and**

**OSCAR AVILES,**
**Director of Delaney Hall Detention Facility,**

**Respondents.**

**Civil Action No.**
**2:26-cv-05276**

Per Petitioner's request, and there being no objection, the Petition, (D.E. No. 1), is hereby deemed voluntarily dismissed with prejudice.  The prohibitions on Respondents' ability to transfer or remove Petitioner, (D.E. No. 2 & 3), are hereby lifted.  The Clerk of the Court shall CLOSE this case.

**SO ORDERED.**

_____
**Hon. Esther Salas, U.S.D.J.**
**Date: May 28, 2026**

**PETITIONER'S VOLUNTARY WITHDRAWAL WITH PREJUDICE**

Petitioner respectfully requests to voluntary withdraw their petition with prejudice. Opposing counsel does not take a position.

Dated: May 27, 2026

                            Respectfully submitted,

                            /s/ Amit Deshmukh
                            Amit Deshmukh, Esq.